■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL MOORE, Appellant. [17 NYS3d 426]—

Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered July 16, 2010, as amended November 30, 2010, convicting defendant, upon his plea of guilty, of assault in the first degree and robbery in the first degree, and sentencing him, as a second felony offender, to concurrent terms of 15 years, unanimously affirmed.

The court properly denied defendant's motion to suppress his statements to detectives and to an assistant district attorney. There is no basis for disturbing the court's credibility determinations. The facts stated by the police to defendant during the interrogation were generally close to the actual facts, and, under the totality of circumstances, any limited deception could

not have overborne defendant's will or undermined his right to remain silent (*see People v Thomas*, 22 NY3d 629, 642 [2014]).

The court properly exercised its discretion in denying defendant's motion to withdraw his plea. The conclusory claims made in defendant's pro se motion were "patently insufficient" (*People v Mitchell*, 21 NY3d 964, 967 [2013]), and when the court, in an effort to avoid a conflict of interest, assigned new counsel, the new attorney conceded that there was no ground upon which to make a plea withdrawal motion.

We perceive no basis for reducing the sentence. Concur—Acosta, J.P., Renwick, Moskowitz and Manzanet-Daniels, JJ.